

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-27-2007

# In Re: Williams

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-3103

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"In Re: Williams " (2007). *2007 Decisions.* Paper 365.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/365

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO.  07-3103
_____

IN RE:  DWIGHT WILLIAMS,
                                                            Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the
Eastern District of Pennsylvania
(Related to E.D. Pa. Crim. No. 05-cr-00576)

_____

Submitted Under Rule 21, Fed. R. App. P.
August 24, 2007
Before:   SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges

(Filed  September 27, 2007)
_____

OPINION
_____

PER CURIAM.

It appears that Dwight Williams was arrested in September 2005, and since

that time has been detained while awaiting trial on drug charges.  Williams claims that on

May 15, 2007, he filed a pro se motion pursuant to 18 U.S.C. § 3162, seeking to challenge

the legality of his incarceration.  Williams seeks a writ of mandamus directing the District

Court to rule on the motion.  Importantly, however, the District Court docket contains no

1

entry of a <u>pro se</u> filing by Williams in May 2007. We cannot, of course, direct adjudication of a motion which has not been filed. Accordingly, we will deny the mandamus petition.[1]

---

[1] We also deny Williams' motion for appointment of counsel. To the extent that Williams seeks information about court-appointed representation in his criminal proceedings, his inquiries should be directed to the District Court.